IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA GITLIN, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 23-1672 |
| | : | |
| v. | : | |
| | : | |
| RUSSELL STOVER CHOCOLATES, LLC., ET AL., | : | |
| | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of September, 2023, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement. This order may be vacated, modified, or stricken from the record for good cause shown upon application of either party within the said ninety (90) days.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov